**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| A.R., a minor by NAOMIS RIVERA SAEZ and LUIS OSCAR HERNANDEZ CRUZ her parents and natural guardians and NAOMIS RIVERA SAEZ and LUIS OSCAR HERNANDEZ CRUZ on their own behalf, | : : : : : | |
| Plaintiffs | : | CIVIL ACTION |
| vs. | : : | NO: 2:23-cv-03880 |
| TEMPLE UNIVERSITY HOSPITAL, INC., TEMPLE UNIVERSITY HEALTH SYSTEM, INC., JENNIFER IMBRIALE, M.D. | : : : | |
| Defendants, Cross-Claimants | : : : | |
| THE UNITED STATES OF AMERICA | : : | |
| Cross-Defendant | : | |

**REDACTED EXHIBITS TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ALLEGATIONS IN THE COMPLAINT NOT SUPPORTED BY EXPERT TESTIMONY (#36) OF DEFENDANTS, TEMPLE UNIVERSITY HOSPITAL, INC. AND TEMPLE UNIVERSITY HEALTH SYSTEM, INC.**

Defendants, Temple University Hospital, Inc. and Temple University Health System, Inc. ("Moving Defendants" or "Temple Defendants"), by and through their counsel, Burns White LLC, hereby attach redacted Exhibits to their Motion for Partial Summary Judgment under Federal Rule of Civil Procedure 5.2(d) and Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1.5(a)(2).

Respectfully submitted:

BURNS WHITE LLC

By:    */s/ Elizabeth A. Williams*
Elizabeth A. Williams, Esquire
1835 Market Street, Suite 2700
Philadelphia, PA 19103
215-587-1600

2

Attorney for Defendants, Temple University Hospital, Inc., Temple University Health System, Inc. and Jennifer Imbriale, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.R., a minor by NAOMIS RIVERA SAEZ and LUIS OSCAR HERNANDEZ CRUZ her parents and natural guardians and NAOMIS RIVERA SAEZ and LUIS OSCAR HERNANDEZ CRUZ on their own behalf,<br><br>                    Plaintiffs<br>          vs.<br><br>TEMPLE UNIVERSITY HOSPITAL, INC., TEMPLE UNIVERSITY HEALTH SYSTEM, INC., JENNIFER IMBRIALE, M.D.<br>                    Defendants, Cross-Claimants<br><br><br>THE UNITED STATES OF AMERICA<br><br>                    Cross-Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO: 2:23-cv-03880 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, true and correct copies of the foregoing documents were electronically filed with the Court, and was served upon all counsel of record via the Court's CM/ECF system.

BURNS WHITE LLC

By:    */s/ Elizabeth A. Williams*
       Elizabeth A. Williams, Esquire
       1835 Market Street, Suite 2700
       Philadelphia, PA 19103
       215-587-1600
       Attorney for Defendants, Temple University
       Hospital, Inc., Temple University Health System,
       Inc. and Jennifer Imbriale, M.D.